No. 89–5206.   SCHOOR v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–5209.   COSTA-CABRERA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–5213.   GALLAGHER v. PHILLIPS ET AL.   C. A. 6th Cir. Certiorari denied.

No. 89–5214.   BENNY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–5220.   WILKUS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 89–5224.   FARMER v. GODISKA ET AL.   C. A. 3d Cir. Certiorari denied.

No. 89–5225.   NAUM v. GRIDER, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–5226.   ABATECOLA v. VETERANS ADMINISTRATION ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–5227.   BRITTMAN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–5228.   JOHNSON v. BUINNO ET AL.   C. A. 3d Cir. Certiorari denied.

No. 89–5229.   KUCHER v. DUKAKIS ET AL.   C. A. 1st Cir. Certiorari denied.

No. 89–5230.   PALMARIELLO v. BUTLER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK. C. A. 1st Cir.   Certiorari denied.

No. 89–5231.   DAVIS v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–5234.   HEDRICK v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–5236.   ANDERSON v. LOUISIANA.   Ct. App. La., 2d Cir.   Certiorari denied.